UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BELLAMY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. H-16-02925 |
| HARRIS COUNTY, TEXAS, *et al*, | § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

For the reasons set forth in the accompanying Memorandum and Opinion, the motions to dismiss, Docket Entries No. 2 and 16, are granted. This case is dismissed, with prejudice.

SIGNED on May 15, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge